# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

March 17, 2020

Lyle W. Cayce
Clerk

No. 19-51131
Summary Calendar

GEORGE ANDREW BENAVIDES,

Plaintiff-Appellant,

versus

WILLIAM PELHAM BARR, United States Attorney General;
DONALD TRUMP, United States President;
UNITED STATES DEPARTMENT OF JUSTICE;
UNITED STATES FEDERAL BUREAU OF INVESTIGATIONS;
UNITED STATES DEPARTMENT OF VETERANS AFFAIRS;
UNITED STATES DEPARTMENT OF DEFENSE;
UNITED STATES DEPARTMENT OF THE NAVY;
UNITED STATES OF AMERICA;
OFFICE OF THE NAVAL INSPECTOR GENERAL,

Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Texas
No. 5:19-CV-440

Before DAVIS, SMITH, and HIGGINSON, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-51131

IT IS FURTHER ORDERED that appellant's unopposed corrected motion to expedite the appeal is DENIED.